UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Juvencio ACOSTA–GARCIA, aka Juan Juvencio Acosta, Juan Garcia Acosta, Defendant–Appellant.

No. 02–10476.
D.C. No. CR–02–00482–FJM.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.\*

Decided July 24, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM\*\*

Juan Juvencio Acosta–Garcia appeals his guilty-plea conviction and 46–month sentence for illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Acosta–Garcia has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Acosta–Garcia has filed a pro se supplemental brief raising two issues.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues requiring further review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

